UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW SKIN LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>MAXIM SIMONOVSKY,<br><br>               Defendant. | Case No. C24-1956-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On November 26, 2024, Plaintiff New Skin LLC filed a complaint in this action. (Dkt. # 1.) On March 5, 2025, the Court ordered Plaintiff to file proof of timely service or show cause why it could not do so. (Dkt. # 5.) On March 17, 2025, Plaintiff responded to the Order, indicating that it was unable to locate Defendant Maxim Simonovsky. (Dkt. # 6.) Plaintiff stated its intention to file a motion for alternative service. (*Id.* at 2.) No further activity has occurred on the docket, however. Accordingly, the Court ORDERS Plaintiff to file a motion for alternative service or show cause why this action should not be dismissed for failure to prosecute by **April 25, 2025**.

MINUTE ORDER - 1

Dated this 16th day of April, 2025.

                                                   Ravi Subramanian
                                                   Clerk of Court

                                            By: Tim Farrell
                                               Deputy Clerk

MINUTE ORDER - 2