UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEW SKIN LLC,

        Plaintiff,

   v.

MAXIM SIMONOVSKY,

        Defendant.

Case No. C24-1956-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff has filed two copies of a proposed "Consent Judgment and Injunction" signed by Plaintiff's counsel and by Defendant. (Dkt. ## 11, 11-1.) Defendant has not appeared in this action. Plaintiff is ORDERED to provide a copy of this Order to Defendant by **June 11, 2025**. Defendant is ORDERED to file a notice of appearance by **June 13, 2025**.

Dated this 9th day of June, 2025.

                                 Ravi Subramanian
                                 Clerk of Court

                             By: Tim Farrell
                                 Deputy Clerk

MINUTE ORDER - 1