THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW SKIN LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM SIMONOVSKY, an individual,<br><br>Defendant. | Civil Action No. 2:24-cv-1956<br><br>[PROPOSED] CONSENT JUDGEMENT AND INJUNCTION |

Plaintiff New Skin LLC (hereinafter "New Skin") having filed its Complaint for Service-Mark Infringement and Unfair Competition on November 26, 2024; and

Defendant Maxim Simonovsky, an individual operating a sole proprietorship under the designation "New Skin Boutique" (hereinafter "Simonovsky"), and Plaintiff New Skin having agreed to resolve issues brought in the Complaint to their mutual satisfaction; and

The Court having concluded that entry of this Consent Judgment and Injunction is a proper exercise of the policy favoring settlement of controversies.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction of the subject matter hereof and of all the parties hereto.

2. Venue is proper in this Court.

CONSENT JUDGEMENT - 1

**Bamert Regan**
600 1st Ave, Suite 330-55215
Seattle, WA 98104
206.486.7020

3. Plaintiff New Skin has used the mark NEWSKIN$^{SM}$ (the "Mark") in connection with beauty medical spa and plastic surgery services throughout the State of Washington and in commerce since at least as early as April 29, 2019, thereby establishing Plaintiff New Skin's common law rights in the Mark.

4. Plaintiff New Skin has valid and enforceable rights in its Mark.

5. Defendant Simonovsky offered cosmetic and beauty supplies to the public in this judicial district under designations confusingly similar to the Mark (hereinafter "the Accused Mark"), including designations such as NEW SKIN BOUTIQUE.

6. Defendant Simonovsky is hereby enjoined from using, selling, or advertising cosmetic and beauty supplies, or any related goods or services, in connection with the Accused Mark because the Accused Mark and the Mark are confusingly similar.

7. Except for the relief herein granted, all claims for relief in the Complaint and Answer herein, are dismissed with prejudice pursuant to Rule 41(a) Federal Rules of Civil Procedure.

8. Each of the parties to this action shall bear their own costs and attorney fees.

SO ORDERED THIS 9th day of July, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

CONSENT JUDGEMENT - 2

**Bamert Regan**
600 1st Ave, Suite 330-55215
Seattle, WA 98104
206.486.7020

Entry consented to by:
BAMERT REGAN

s/_____
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
206.486.7022
600 1st Ave, Suite 330-55215
Seattle, WA 98104

*Counsel for Plaintiff New Skin LLC*



s/_____
*Defendant Maxim Simonovsky*

CONSENT JUDGEMENT - 3